1  Steven P. Rice (State Bar No. 94321)
     srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614-8505
   Telephone:    (949) 263-8400
4  Facsimile:    (949) 263-8414

5  Proposed Attorneys for Defendant
   American Guarantee and Liability Insurance Company
6

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| 11 Intel Corporation, a Delaware Corporation, | CASE NO. C09-00299-JF |
|---|---|
| 12                  Plaintiff, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER |
| 13        v. | |
| 14 American Guarantee and Liability Insurance Company, a New York Corporation, | |
| 15 | |
| 16                  Defendant. | |

17        Defendant American Guarantee and Liability Insurance Company hereby requests the
18 Court approve the substitution of Steven P. Rice (State Bar No. 94321), of Crowell & Moring
19 LLP, 3 Park Plaza, Irvine, California 92714, (949) 263-8400 voice telephone, (949) 263-8414
20 facsimile, srice@crowell.com, as attorney of record in place and stead of Blaise S. Curet (State
21 Bar No. 124983), of Sinnott, Dito, Moura & Puebla, P.C. Proposed counsel is admitted to practice
22 before this Court.

23        Defendant consents to the above substitution.

24 DATED: ~~April~~ May 1, 2009         AMERICAN GUARANTEE AND LIABILITY
                                         INSURANCE COMPANY
25
26
                                         By: _____
27                                           Authorized Representative
28

1  I consent to the above substitution.

2  DATED: April 30, 2009                    SINNOTT, DITO, MOURA & PUEBLA, P.C.

3

4                                           By: _____
                                                Blaise S. Curet
5                                               Current Attorneys for Defendant
                                                American Guarantee and Liability Insurance
6                                               Company

7       I accept the substitution and confirm that I am admitted to practice law in the State of

8  California and before this Court pursuant to Civil Local Rule 11-1.

9  DATED: April 30, 2009                    CROWELL & MORING LLP

10

11                                          By: _____
                                                Steven P. Rice
12                                              Proposed Attorneys for Defendant
                                                American Guarantee and Liability Insurance
13                                              Company

**[PROPOSED] O R D E R**

Good cause appearing, the Court orders that the request of defendant American Guarantee and Liability Insurance Company to substitute Steven P. Rice (State Bar No. 94321), of Crowell & Moring LLP, 3 Park Plaza, Irvine, California 92714, (949) 263-8400 voice telephone, (949) 263-8414 facsimile, srice@crowell.com, as its attorney of record in place and stead of Blaise S. Curet (State Bar No. 124983), of Sinnott, Dito, Moura & Puebla, P.C., is hereby:

GRANTED.

Dated: May 11, 2009

_____
HONORABLE JEREMY FOGEL
Judge, United States District Court

IR4196094.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505.

On May 1, 2009, I served true copies of the following document(s) described as

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Crowell & Moring LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY FACSIMILE:** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 1, 2009, at Irvine, California.



Laurie Fallon

## SERVICE LIST
### Intel v. American Guarantee and Liability Insurance Company
### Case No. C09-00299-JF

| | |
|---|---|
| Fiona Anne Chaney, Esq.<br>Lester Owen Brown, Esq.<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300<br>Email: chaneyf@howrey.com<br>brownl@howrey.com | *Attorneys for Plaintiff* |
| Blaise S. Curet, Esq.<br>Sinnott, Dito, Moura & Puebla<br>555 Montgomery Street, Ste. 720<br>San Francisco, CA 94111<br>Telephone: (415) 352-6200<br>Facsimile: (415) 352-6224<br>Email: bcuret@sdmp.com | *Attorneys for Defendant* |
| Glen Robert Olson, Esq.<br>Long & Levit LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392<br>Email: golson@longlevit.com | *Intervenor*<br>Markel American Insurance Company |

Document7

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

2                                                                         Case No. C09-00299-JF
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER