Steven P. Rice (State Bar No. 94321)
 srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kevin Coughlin (Admitted *Pro Hac Vice*)
 kcoughlin@coughlinduffy.com
Robert Kelly (Admitted *Pro Hac Vice*)
 rkelly@coughlinduffy.com
COUGHLIN DUFFY
350 Mount Kemble Avenue
Morristown, NJ 07962-1917
Telephone: (973) 267-0058
Facsimile: (973) 267-6442

Attorneys for Defendant
American Guarantee and Liability Insurance Company

**E-Filed 5/18/09**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Intel Corporation, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>American Guarantee and Liability Insurance Company, a New York Corporation,<br><br>Defendant. | CASE NO. C09-00299-JF<br><br>[PROPOSED] ORDER RE STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, DATE FOR FILING RULE 26(f) REPORT, AND SUBMISSION OF INITIAL DISCLOSURES<br><br>Initial Case Management Conference<br>Date: June 12, 2009<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor |

Pursuant to the parties' stipulation and good cause appearing, IT IS ORDERED:

1. The last day for the parties to meet and confer regarding initial disclosures and discovery plan is  July 24 , 2009;

2. The last day for the parties to file Rule 26(f) Report and complete initial disclosures is  August 7 , 2009; and

3. The initial case management conference is continued to August 14, 2009; a joint statement shall be filed no later than August 7, 2009.

DATED: May 18, 2009

_____
The Honorable Jeremy Fogel
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505.

On May 15, 2009, I served true copies of the following document(s) described as

**[PROPOSED] ORDER RE STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, DATE FOR FILING RULE 26(f) REPORT, AND SUBMISSION OF INITIAL DISCLOSURES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Crowell & Moring LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY FACSIMILE:** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2009, at Irvine, California.

Laurie Fallon

3

Case No. C09-00299-JF

[PROPOSED] ORDER RE STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, DATE FOR FILING RULE 26(f) REPORT, AND SUBMISSION OF INITIAL DISCLOSURES

## SERVICE LIST
### Intel v. American Guarantee and Liability Insurance Company
### Case No. C09-00299-JF

| | |
|---|---|
| Fiona Anne Chaney, Esq.<br>Lester Owen Brown, Esq.<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300<br>Email: chaneyf@howrey.com<br>brownl@howrey.com | *Attorneys for Plaintiff* |
| Glen Robert Olson, Esq.<br>Long & Levit LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392<br>Email: golson@longlevit.com | *Intervenor*<br>Markel American Insurance Company |