**E-Filed 8/10/10**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, A DELAWARE CORPORATION, | Case No. 09-299-JF (PVT) |
| Plaintiff, | ORDER[1] REQUESTING FURTHER BRIEFING |
| v. | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION | [re: document no. 206] |
| Defendant. | |
| MARKEL AMERICAN INSURANCE COMPANY, a Virginia Corporation, | |
| Counterclaimant, | |
| v. | |
| INTEL CORPORATION, a Delaware Corporation, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York Corporation, | |
| Counterclaim Defendants. | |

In light of the recent decision of the Delaware Superior Court in *American Guarantee &*

---

[1] This disposition is not designated for publication in the official reports.

1 | *Liability Insurance Company v. Intel Corporation, et al.*, Civil Action No. 09C-01-170-JOH

2 | (Del. Super. Ct. July 29, 2010), the Court hereby requests that the parties submit letter briefing

3 | addressing whether this Court should revisit its ruling on Intel's motion for partial summary

4 | judgment and, if so, what the appropriate disposition should be.  Judge Herlihy's decision relies

5 | significantly upon an argument not presented to this Court, i.e., that "Condition H" of the AGLI

6 | Policy, entitled "When Damages are Payable," pertains only to indemnity and not to defense

7 | costs.  The parties' letter briefs, which shall not exceed five (5) pages in length, shall be filed on

8 | or before August 16, 2010.

9

10 | IT IS SO ORDERED.

11

12 | DATED: 8/9/ 2010

13 | JEREMY FOGEL
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2