| | |
|---|---|
| 1 | Lester O. Brown [SBN 160828] |
| | LBrown@perkinscoie.com |
| 2 | Fiona A. Chaney [SBN 227725] |
| | FChaney@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA 90067-1721 |
| | Telephone: 310.788.9900 |
| 5 | Facsimile: 310.788.3399 |
| 6 | Attorneys for Plaintiff |
| | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, A DELAWARE CORPORATION, | Case No. C09-00299-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING REMAINING CAUSES OF ACTION AND ENTERING FINAL JUDGMENT** |
| v. | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION, | **The Honorable Jeremy Fogel** |
| Defendant. | |
| MARKEL AMERICAN INSURANCE COMPANY, a Virginia Corporation, | |
| Counterclaimant, | |
| v. | |
| INTEL CORPORATION, a Delaware Corporation, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York Corporation, | |
| Counterclaim Defendant. | |

Plaintiff Intel Corporation ("Intel), Defendant American Guarantee and Liability Insurance Company ("AGLI") and Intervenor Markel American Insurance Company ("Markel") (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss, with prejudice, the Third, Fourth, and Fifth Causes of Action of the First Amended Complaint for Declaratory Relief, Breach of Contract and Bad Faith ("First Amended Complaint").

WHEREAS, on December 7, 2010, the Court entered an Order (1) Granting AGLI and Markel's Motion for Reconsideration, (2) Vacating Order Dated July 26, 2010, (3) Denying Intel's Motion for Partial Summary Judgment, and (4) Entering Partial Summary Judgment in Favor of AGLI and Markel (the "December 7, 2010 Order"); and

WHEREAS, the December 7, 2010 Order grants summary judgment in favor of AGLI and Markel in connection with the First Cause of Action to the First Amended Complaint (Declaratory Relief With Regard to AGLI's Duty to Defend); and

WHEREAS, the December 7, 2010 Order grants summary judgment in favor of AGLI and Markel in connection with the Second Cause of Action to the First Amended Complaint (Breach of Contract – Duty to Defend the AMD Litigation); and

WHEREAS, Intel reserves its right to appeal the December 7, 2010 Order;

WHEREAS, Intel would like to voluntarily dismiss the Third, Fourth, and Fifth Causes of Action to the First Amended Complaint, with prejudice; and

WHEREAS, neither AGLI nor Markel will suffer any prejudice as the result of such a dismissal with prejudice; and

WHEREAS, dismissal with prejudice of the Third, Fourth, and Fifth Causes of Action to the First Amended Complaint will result in termination of the entire action; and

WHEREAS, the parties agree that judgment should be entered pursuant to Federal Rule of Civil Procedure 58, with the recognition that Intel is reserving its right to appeal that judgment and the Court's underlying December 7, 2010 Order,

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The Third Cause of Action to the First Amended Complaint (Declaratory Relief With Regard to AGLI's Duty to Indemnify) is fully and finally dismissed, with prejudice;

2. The Fourth Cause of Action to the First Amended Complaint (Breach of Contract – Standstill and Confidentiality Agreement) is fully and finally dismissed, with prejudice;

3. The Fifth Cause of Action to the First Amended Complaint (Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing) is fully and finally dismissed, with prejudice; and

4. Because with the dismissal, with prejudice, of the Third, Fourth and Fifth Causes of Action to the First Amended Complaint, there are no claims remaining for the Court to adjudicate, the Court may enter final judgment in favor of AGLI and Markel.

DATED: December 22, 2010    PERKINS COIE LLP

By: /s/Lester O. Brown
Lester O. Brown
Attorneys for Plaintiff/Counterclaim Defendant
Intel Corporation

DATED: December 22, 2010    CROWELL & MORING LLP

By: /s/Steven P. Rice
Steven P. Rice
Attorneys for Defendant/Third-Party Plaintiff/Coutnerclaim Defendant
American Guarantee and Liability Insurance Company

DATED: December 22, 2010    LONG & LEVIT LLP

By: /s/Glen R. Olson
Glen R. Olson
Attorneys for Third-Party Defendant/Counterclaimant
Markel American Insurance Company

1 | **IT IS SO ORDERED.**

3 | Date: __1/12/11__

United States District Judge